# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MATTHIAS WATSON, III,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70075

FILED

MAY 09 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner challenges this court's opinion affirming his judgment of conviction,[1] contends that his trial and appellate counsel provided ineffective assistance, and complains about counsel who has been appointed to represent him in his postconviction proceeding pending in the district court. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Petitioner's claims challenging the validity of his judgment of conviction must be raised in a postconviction petition for a writ of habeas

---

[1]*Watson v. State*, 130 Nev., Adv. Op. 76, 335 P.3d 157 (2014).

16-14408

corpus filed in the district court in the first instance.[2]  NRS 34.724(2)(b); NRS 34.738(1); NRAP 22.  Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    John Matthias Watson, III
       Law Office of Kristina Wildeveld
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[2]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

